UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE WATSON,

    Plaintiff,

  v.

CALVIN PHELPS,

    Defendant.

Case No. 18-cv-01755-DMR

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 9

On March 21, 2018, Pro se Plaintiff Jacqueline Watson filed suit in this Court along with an application to proceed in forma pauperis ("IFP")]. [Docket Nos. 1, 2.] On April 2, 2018, the court granted the IFP application, screened the complaint pursuant to 28 U.S.C. § 1915(e), and ordered Ms. Watson to file an amended complaint by April 20, 2018. [Docket No. 4].

Ms. Watson filed a document titled, "Expedited Trial Procedure General Order No. 64," on April 30, 2018, in which she explained that her backpack with her case documents was stolen while she was riding a bus. [Docket No. 8]. On May 7, 2018, the court construed the document as a request for extension of time to file a first amended complaint, granted the request, and ordered Ms. Watson to file a first amended complaint by May 21, 2018. [Docket No. 9]. The court also provided Ms. Watson with courtesy copies of the original complaint and the April 2, 2018 screening order.

No amended complaint has been filed. Accordingly, the court **ORDERS** Ms. Watson to respond by **June 18, 2018** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by **June 18, 2018** may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 7, 2018

_____
Donna M. Ryu
United States Magistrate Judge