UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE D. WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN PHELPS,<br><br>    Defendant. | Case No. 18-cv-05340-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Saundra B. Armstrong for consideration of whether the case is related to *Watson v. Phelps,* 18-cv-01755-SBA.

**IT IS SO ORDERED.**

Dated: September 10, 2018

THOMAS S. HIXSON
United States Magistrate Judge